DONNELL (RAY v.). See Case No. 11,590.

## Case No. 3,988.
### DONOGHUE'S CASE.
[2 Cranch, C. C. 466.][1]

Circuit Court, District of Columbia. April Term, 1824.

INSOLVENCY — FRAUDULENT DISPOSITION OF PROPERTY—CONFINEMENT OF DEBTOR.

If an insolvent debtor, upon allegations filed, be found guilty of having disposed of his property with intent to defraud his creditors, he will be ordered into close custody, and precluded from any benefit under the insolvent act [3 Stat. 682].

Allegations were filed by Mr. Wallach, for a creditor of Daniel Donoghue, (who had applied to be discharged under the 7th section of the insolvent act,) charging that the petitioner had disposed of his stock of goods with intent to defraud his creditors. Having been found guilty by a jury,

THE COURT ordered him into close custody, and adjudged that he should be precluded from any benefit under Act June 1, 1824.